**Entered on Docket**
**December 02, 2008**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

JEFFREY G. SLOANE, ESQ.
Nevada Bar No. 000784
KRAVITZ, SCHNITZER, SLOANE
JOHNSON & EBERHARDY, CHTD
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
(702) 222-4143
JSloane@kssattorneys.com
Attorneys for Creditor/Movant
WELLS FARGO FINANCIAL NEVADA 2

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | In Proceedings Under Chapter 13 |
| ELIZABETH KELLER | BK-S-08-14891-LBR |
| Debtor. | Date: November 12, 2008<br>Time: 10:30 a.m. |

ORDER GRANTING MOTION FOR RELIEF FROM STAY

Creditor, WELLS FARGO FINANCIAL NEVADA 2's Motion For Relief From Stay having come before this court on November 12, 2008; WELLS FARGO FINANCIAL NEVADA 2, (hereinafter "Creditor"), represented by and through its attorney, Jeffrey G. Sloane, Esq. of Kravitz, Schnitzer, Sloane, Johnson & Eberhardy, Chtd.; ELIZABETH KELLER, ("Debtor"), having failed to appear, although duly noticed; no opposition having been filed; and, for good cause appearing,

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay afforded the Debtor pursuant to 11 U.S.C. Section 362 is hereby terminated and the Creditor may in accordance with the law commence and/or continue foreclosure proceedings and complete the same provided the debt due to ther Creditor is not cured in the time prescribed by law on the following real property:

LOT NINETY-SEVEN (97) IN BLOCK SIX (6) OF TIERRA VISTA ESTATES UNIT 3, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 69 OF PLATS, PAGE 34, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

More commonly known as 5520 Carnation Meadow St, Las Vegas, NV 89130.

IT IF FURTHER ORDERED, ADJUDGED AND DECREED that the Creditor shall give the Debtors (5) days notice as to the date, time and location of the sale.

///

///

///

///

///

Upon disposition of the collateral, the Creditor shall amend or delete its Proof of Claim on file with the Court and provide the Chapter 13 Trustee notice of the same.

DATED the 18th day of November, 2008.

SUBMITTED BY:

KRAVITZ, SCHNITZER, SLOANE,
JOHNSON & EBERHARDY, CHTD.

BY: _____
JEFFREY G. SLOANE, ESQ
Nevada Bar No. 000784
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Attorneys for Creditor

APPROVE/DISAPPROVE

BY: Did not respond
RICK A. YARNALL, TRUSTEE
701 Bridger Ave., #820
Las Vegas, NV 89101

ALTERNATIVE METHOD re: RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies as follows (check one):

(   ) The Court has waived the requirement of approval under LR 9021.

(   ) No Parties appeared of filed written objections, and there is no trustee appointed in the case.

( x ) I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel for Plaintiff appeared and the Trustee has not responded.